# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>THE BIMECO GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 13-cv-1763-H-RBB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**<br><br>[Doc. No. 52] |

On August 26, 2014, the Court entered judgment in this case. (Doc. No. 50.) Accordingly, the deadline for filing a notice of appeal was September 25, 2014. See Fed. R. App. P. 4(a)(1)(A). On September 26, 2014, Plaintiff Ivera Medical Corporation filed an ex parte motion for an extension of time to file a notice of appeal. (Doc. No. 52.) On the same day, Plaintiff filed a notice of appeal. (Doc. No. 53.) On October 14, 2014, Defendant filed an opposition. (Doc. No. 56.) On October 16, 2014, Plaintiff filed a reply. (Doc. No. 57.) For the following reasons, the Court grants the motion.

/ / /

/ / /

/ / /

- 1 -

## Background

On May 23, 2013, Plaintiff Ivera Medical Corporation filed a complaint against Defendant The Bimeco Group, Inc. alleging infringement of U.S. Patent Nos. 7,780,794, 7,985,302, and 8,206,514 (the "patents-in-suit"). (Doc. No. 1.) This action is related to similar patent infringement actions previously pending before the Court.[1] (See Doc. No. 30.) Plaintiff's complaint alleges that Defendant infringed the patents-in-suit by distributing for sale "a disinfecting cap product referred to as the DualCap Solo." (Doc. No. 1, Compl., ¶ 14.) In the related cases, Plaintiff has asserted the same patents-in-suit against Catheter Connections, Inc., an entity Plaintiff alleges to be the manufacturer of the DualCap Solo. (See Catheter I, Doc. No. 1, Compl., ¶ 12; Catheter II, Doc. No. 1, Compl., ¶ 10.)

On December 11, 2013, the Court stayed this action pending resolution of the related cases. (Doc. No. 40.) Defendant represented that resolution of the related cases would be "dispositive of the current case," and Plaintiff accepted that representation in its request for a more limited stay. (See Doc. No. 32, Def.'s Mot. to Stay; Doc. No. 38, Plaintiff's Response.) The Court cited the parties' understanding that the outcome in the related cases would be binding on this action in granting a stay until October 16, 2014. (Doc. No. 40 at 3.)

On April 29, 2014, the Court granted summary judgment in the related cases, invalidating the asserted patent claims for obviousness under 35 U.S.C. § 103(a). (Catheter I, Doc. No. 98, Ord. Granting Summ. Judg.) On June 23, 2014, the Court entered final judgment against Ivera Medical Corporation and in favor of Catheter Connections, Inc. as to all asserted patent claims. (Id. Doc. No. 104.)

---

[1] The two actions related to the present case are Ivera Medical Corporation v. Catheter Connections, Inc. (Catheter I), Case No. 3:12-CV-0954-H-RBB, and Ivera Medical Corporation v. Catheter Connections, Inc. (Catheter II), 12-CV-1587-H-RBB (collectively, the "related cases"). The Court consolidated the related cases on February 7, 2013. (See Catheter I, Doc. No. 32, Consolidation Order.). The Court takes judicial notice of the public record regarding the related cases. Fed. R. Evid. 201.

On August 25, 2014, the Court granted in part and denied in part Defendant's motion for entry of final judgment in this case. (Doc. No. 49.) The Court noted that the outcome of the related cases is dispositive in these cases. (Id. at 3.) On August 26, 2014, the Court entered judgment in this case. (Doc. No. 50.)

## Discussion

### I. Legal Standard for Motion to Extend Time to File Notice of Appeal under Federal Rule of Appellate Procedure 4(a)(5)

Title 28 U.S.C. § 2107(a) provides that except as set forth in that provision, no appeal shall bring any judgment, order, or decree in an action of a civil nature before a court of appeals for review unless a notice of appeal is filed within thirty days after entry of such judgment, order, or decree. A timely notice of appeal is mandatory and jurisdictional. Vahan v. Shalala, 30 F.3d 102, 103 (9th Cir.1994) (per curiam). A notice of appeal must be filed within thirty days after the district court enters judgment. Fed. R. App. P. 4(a)(1)(A). The district court may extend this period only if two requirements are met: (1) "a party so moves no later than 30 days after the [original filing deadline]" and (2) "that party shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5).

To determine excusable neglect under Federal Rule of Appellate Procedure 4(a)(5), the Ninth Circuit applies the balancing test set forth in Pioneer Investment Services, Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993). "The Pioneer factors include: (1) the danger of prejudice to the non-moving party, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the moving party's conduct was in good faith." Pincay v. Andrews, 389 F.3d 853, 855 (9th Cir. 2004). A district court should "examine all of the circumstances involved rather than holding that any single circumstance in isolation compels a particular result regardless of the other factors." Id. at 856 (quoting Briones v. Riviera Hotel & Casino, 116 F.3d 379 n.2 (9th Cir. 1997)). "Pioneer itself instructs courts to

1 determine the issue of excusable neglect within the context of the particular case, a
2 context with which the trial court is most familiar." <u>Id.</u> at 859. "The factors identified
3 in <u>Pioneer</u> are non-exclusive . . . ." <u>Cadlerock, LLC v. Becas</u>, 1:07-CV-01013-OWW,
4 2008 WL 2705021, at *3 (E.D. Cal. July 9, 2008). The "trial court has wide discretion
5 as to whether to excuse" the failure to timely file the notice of appeal. <u>Pincay</u>, 389 F.3d
6 at 859.

**II.  Analysis**

The Court considers both the <u>Pioneer</u> factors and also the circumstances and context of the case to determine whether to grant the motion. <u>See</u> <u>Pincay</u>, 389 F.3d at 859.

The length of the delay was short. Plaintiff missed the deadline by only one day. (Doc. No. 52 at 3.) Defendants concede this fact and do not identify any adverse impact on the judicial proceedings that would result from granting the motion. (<u>See</u> Doc. No. 56 at 10.) This factor weighs heavily in favor of granting the motion.

Defendants assert that Ivera's good faith is "questionable." (Doc. No. 56 at 9.) In support, Defendants point out that Plaintiff emailed Defendants regarding this motion less than two hours before filing the motion. (<u>Id.</u>) Defendants also question that the immediate filing of the notice of appeal. (<u>Id.</u>) Plaintiff contends that it acted in good faith and sought to minimize the delay and potential for prejudice. (Doc. No. 57 at 5-6.) The Court agrees with Plaintiff. This factor weighs in favor of granting the motion.

Plaintiff concedes that his failure to timely file a notice of appeal resulted from a calendaring error. (Doc. No. 52, Decl. of Jonathan Hangartner at ¶5.) Plaintiff does not attribute the error to factors outside his control and was aware of the final judgment "in early September." (<u>See</u> Doc. No. 52, Decl. of Jonathan Hangartner at ¶6.) Plaintiff's attorney had time to timely file the notice of appeal and the reason for the delay was in his control. This factor weighs against granting the motion.

Defendants oppose the motion. (Doc. No. 56.) Regarding prejudice to the non-

- 4 -

13cv1763

moving party, Defendants assert that an appeal in this case would be duplicative because the judgment in the related cases is already on appeal. (Id. at 6-7.) Plaintiff asserts that Defendants will not be prejudiced because the judgment in the earlier cases is already on appeal. (Doc. No. 52 at 3.) Plaintiff also contends that it may suffer prejudice in future litigation if it cannot appeal the judgment. (Doc. No. 57 at 3.) This factor does not tip the scale in the analysis on either side.

The Court does not consider this motion in isolation, but "examine[s] all of the circumstances involved" in this ongoing litigation. See Pincay, 389 F.3d at 856. Beyond the Pioneer factors, the Ninth Circuit explained that "the decision whether to grant or deny an extension of time to file a notice of appeal should be entrusted to the discretion of the district court because the district court is in a better position than we are to evaluate factors such as whether the lawyer had otherwise been diligent, the propensity of the other side to capitalize on petty mistakes, the quality of representation of the lawyers . . ., and the likelihood of injustice if the appeal was not allowed." Id. at 859. Plaintiff's attorney has generally been a timely and diligent litigant. Based on these additional factors and under the circumstances of this ongoing litigation, the Court exercises its discretion and grants the motion for an extension of time to file the notice of appeal.

## Conclusion

Exercising its discretion, and for the foregoing reasons, the Court grants the motion for an extension of time to file a notice of appeal.

**IT IS SO ORDERED.**

DATED: October 22, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:13-cv-01763-H-RBB

| | |
|---|---|
| Ivera Medical Corporation v. The Bimeco Group, Inc. | Date Filed: 07/29/2013 |
| Assigned to: Judge Marilyn L. Huff | Date Terminated: 08/26/2014 |
| Referred to: Magistrate Judge Ruben B. Brooks | Jury Demand: Plaintiff |
| Case in other court: USCA Federal Circuit, 15-01011 | Nature of Suit: 830 Patent |
| Georgia Northern, 3:13-cv-00086 | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

Early Neutral Evaluation Conference:  
Case Management Conference:  
Status Hearing:  
Status Conference:  
Mandatory Settlement Conference:  

Settlement Conference:  
Settlement Disposition Conference:  
Pretrial Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**Ivera Medical Corporation**  represented by  **Catrina Celeste Creswell**
Miller & Martin, PLLC-Chattanooga
Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402-2289
423-756-6600
Fax: 423-785-8480
Email: ccreswell@millermartin.com
*TERMINATED: 10/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Evan Parker**
Miller & Martin-Atl
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
404-962-6100
Email: cparker@millermartin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen Elizabeth Hintz Rumfelt**
Miller & Martin-Atl
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

404-962-6100
Email: erumfelt@millermartin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hangartner**
X-Patents, APC
5670 La Jolla Boulevard
La Jolla, CA 92037
858-454-4313
Fax: 858-454-4314
Email: jon@x-patents.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Bimeco Group, Inc.**                represented by **Edward F. O'Connor**
The Eclipse Group LLP
550 West C Street
Suite 2040
San Diego, CA 92101
(619) 239-4340
Fax: (619) 239-0116
Email: efo@eclipsegrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Ainbinder**
Sunstein Kann Murphy & Timbers LLP

125 Summer Street
Boston, MA 02110-1618
(617) 443-9292
Fax: (617) 443-0004
Email: mainbinder@sunsteinlaw.com
*TERMINATED: 12/18/2013*
*LEAD ATTORNEY*

**SaraLynn Mandel**
Mandel Law Office
PO Box 5358
Chatsworth, CA 91313
(818) 207-4980
Fax: (818) 772-1990
Email: slmndl@msn.com
*TERMINATED: 12/19/2013*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Hyland**
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
678-336-7247
Email: ahyland@taylorenglish.com
*ATTORNEY TO BE NOTICED*

**Kerry L Timbers**
Sunstein Kann Murphy & Timbers LLP

125 Summer Street
Boston, MA 02110
(617) 443-9292
Fax: (617) 443-0004
Email: ktimbers@sunsteinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharona H. Sternberg**
Sunstein Kann Murphy & Timbers LLP

125 Summer Street
Boston, MA 02110
(617) 443-9292
Email: ssternberg@sunsteinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Scott Creasman**
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
770-434-6868
Fax: 404-572-6999
Email: screasman@taylorenglish.com
*TERMINATED: 10/08/2013*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Bimeco Group, Inc.**         represented by **Edward F. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Ainbinder**
(See above for address)
*TERMINATED: 12/18/2013*
*LEAD ATTORNEY*

**SaraLynn Mandel**
(See above for address)
*TERMINATED: 12/19/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Hyland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerry L Timbers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharona H. Sternberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Scott Creasman**
(See above for address)
*TERMINATED: 10/08/2013*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Ivera Medical Corporation**   represented by   **Catrina Celeste Creswell**
(See above for address)
*TERMINATED: 10/08/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Evan Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen Elizabeth Hintz Rumfelt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Hangartner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2013 | 1 | COMPLAINT with Jury Demand filed. ( Filing fee $ 400 receipt number 113E4595932.), filed by Ivera Medical Corporation. (Attachments: # 1 Exh A, # 2 Exh B, # 3 Exh C, # 4 Civil Cover Sheet)(jlm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/23/2013) |
| 05/23/2013 | 2 | Electronic Summons Issued as to The Bimeco Group, Inc.. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/23/2013) |
| 05/23/2013 | 3 | AO Form 120 forwarded to Director of the U.S. Patent and Trademark Office. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/23/2013) |
| 05/24/2013 | 4 | Instructions to Parties and Counsel. Signed by Judge Timothy C. Batten, Sr on 5/24/13. (rsh) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/24/2013) |
| 05/24/2013 | 5 | Corporate Disclosure Statement by Ivera Medical Corporation by Ivera Medical Corporation.(Rumfelt, Eileen Elizabeth) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/24/2013) |
| 05/28/2013 |  | Clerks Notation re 5 Corporate Disclosure Statement reviewed by TCB. (jgs) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/28/2013) |
| 05/31/2013 | 6 | Return of Service Executed by Ivera Medical Corporation. The Bimeco Group, Inc. served on 5/24/2013, answer due 6/14/2013. (Rumfelt, Eileen Elizabeth) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 05/31/2013) |
| 06/13/2013 | 7 | Consent MOTION for Extension of Time re: 1 Complaint, *for Defendant to Answer, Move, or Otherwise Respond to Plaintiff's Complaint* by The Bimeco Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Creasman, W.) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/13/2013) |
| 06/13/2013 | 8 | ORDER GRANTING dft's 7 Consent Motion for an Extension of Time to and including 7/10/13 to file a response to pla's 1 Complaint. Signed by Judge Timothy C. Batten, Sr on 6/13/13. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/13/2013) |
| 06/14/2013 | 9 | NOTICE of Appearance by Amanda Hyland on behalf of The Bimeco Group, Inc. (Hyland, Amanda) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/14/2013) |
| 06/14/2013 | 10 | APPLICATION for Admission of Meredith Lee Ainbinder Pro Hac Vice (Application fee $ 150, receipt number 113E-4634042)by The Bimeco Group, |

| | | |
|---|---|---|
| | | Inc.. (Creasman, W.) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/14/2013) |
| 06/19/2013 | | APPROVAL by Clerks Office re: 10 APPLICATION for Admission of Meredith Lee Ainbinder Pro Hac Vice (Application fee $ 150, receipt number 113E-4634042). Attorney Meredith Lee Ainbinder added appearing on behalf of The Bimeco Group, Inc. (pb) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/19/2013) |
| 06/19/2013 | | MINUTE ORDER granting 10 Application for Admission Pro Hac Vice for Meredith Lee Ainbinder by CRD by direction of the Court. Approved by Judge Timothy C. Batten, Sr on 6/19/13. (jgs) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/19/2013) |
| 06/27/2013 | 11 | APPLICATION for Admission of Jonathan Hangartner Pro Hac Vice (Application fee $ 150, receipt number 113E-4654545)by Ivera Medical Corporation. (Attachments: # 1 Text of Proposed Order)(Rumfelt, Eileen Elizabeth) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 06/27/2013) |
| 07/03/2013 | | RETURN of 11 APPLICATION for Admission of Jonathan Hangartner Pro Hac Vice (Application fee $ 150, receipt number 113E-4654545) to attorney for correction re: court admissions. (pb) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/03/2013) |
| 07/10/2013 | 12 | *Defendant's* ANSWER to 1 COMPLAINT with Jury Demand ( Discovery ends on 4/7/2014.), COUNTERCLAIM against Ivera Medical Corporation with Jury Demand by The Bimeco Group, Inc..(Creasman, W.) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/10/2013) |
| 07/10/2013 | 13 | MOTION to Transfer Case to Southern District of California by The Bimeco Group, Inc.. (Attachments: # 1 Brief Dft Memo in Support of Mtn to Transfer to SD CA or Issue a Stay)(Creasman, W.) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/10/2013) |
| 07/10/2013 | 14 | EXHIBITS IN SUPPORT OF 13 MOTION to Transfer Case (Attachments: # 1 Exhibit Exhibits 1-5 iso Dft's Mtn to Transfer, # 2 Exhibit Exhibits 6-9-5 iso Dft's Mtn to Transfer, # 3 Exhibit Exhibits 9-10 iso Dft's Mtn to Transfer)(Creasman, W.) Modified on 7/11/2013 (jlm). [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/10/2013) |
| 07/26/2013 | 15 | STIPULATION *of Transfer to Southern District of California* by Ivera Medical Corporation, The Bimeco Group, Inc.. (Rumfelt, Eileen Elizabeth) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/26/2013) |
| 07/29/2013 | 16 | ORDER GRANTING 13 Motion to Transfer Case to the Southern District of California. Signed by Judge Timothy C. Batten, Sr on 7/29/13. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/29/2013) |
| 07/29/2013 | | Case transferred electronically to United States District Court for the Southern District of California. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/29/2013) |

| | | |
|---|---|---|
| 07/29/2013 | | Civil Case Terminated. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/29/2013) |
| 07/29/2013 | 17 | AO120 form with disposition forwarded to Director of the U.S. Patent and Trademark Office. (jlm) [Transferred from Georgia Northern on 7/29/2013.] (Entered: 07/29/2013) |
| 07/29/2013 | 18 | Case transferred in from District of Georgia Northern; Case Number 3:13-cv-00086. Original file received electronically (kaj)(av1). (Entered: 07/29/2013) |
| 07/29/2013 | 19 | Judge William Q. Hayes and Magistrate Judge Jan M. Adler assigned to transfer case from Northern District of Georgia. (no document attached) (kaj) (Entered: 07/29/2013) |
| 07/30/2013 | 20 | MINUTE ORDER. Judge William Q. Hayes has declined assignment pursuant to General Order 598. Case reassigned to Judge Janis L. Sammartino for all further proceedings. The new case number is 13cv1763-JLS(JMA) (no document attached) (tel) (Entered: 07/30/2013) |
| 09/05/2013 | 21 | ORDER OF TRANSFER PURSUANT TO LOW NUMBER RULE. Case reassigned to Judge Marilyn L. Huff and Magistrate Judge Ruben B. Brooks for all further proceedings. Judge Janis L. Sammartino, Magistrate Judge Jan M. Adler no longer assigned to case. Create association to 3:11-cv-01115-H-RBB. The new case number is 13cv1763-H-RBB. Signed by Judge Marilyn L. Huff on 8/29/2013. Signed by Judge Janis L. Sammartino on 9/4/2013.(jao) (Entered: 09/06/2013) |
| 09/11/2013 | 22 | ORDER for Early Neutral Evaluation Conference. Early Neutral Evaluation set for 10/30/2013 08:30 AM in Courtroom 2C before Magistrate Judge Ruben B. Brooks, United States Courthouse, 221 West Broadway, San Diego, California. Signed by Magistrate Judge Ruben B. Brooks on 9/11/2013. (srm) (Entered: 09/11/2013) |
| 09/12/2013 | 23 | MOTION to Substitute Attorney *Miller & Martin PLLC* by Ivera Medical Corporation. (Hangartner, Jonathan)Attorney Jonathan Hangartner added to party Ivera Medical Corporation(pty:pla) (ag). (Entered: 09/12/2013) |
| 09/12/2013 | 24 | NOTICE OF RELATED CASE(S) by Ivera Medical Corporation of case(s) 12-cv-0954 H (RBB), 11-cv-1115 H (RBB), 11-cv-1246 H (RBB), 13-cv-02063 CAB (NLS) . (Hangartner, Jonathan) Modified on 9/13/2013 to note that no low number order was issued, low number case is already a Judge Huff case (ag). (Entered: 09/12/2013) |
| 10/04/2013 | 25 | MOTION to Substitute Attorney by The Bimeco Group, Inc.. (Mandel, SaraLynn)Attorney SaraLynn Mandel added to party The Bimeco Group, Inc. (pty:dft) (ag). (Entered: 10/04/2013) |
| 10/08/2013 | 26 | ORDER Granting 23 and 25 Motion to Substitute Counsel. Added attorney Jonathan Hangartner for Ivera Medical Corporation and SaraLynn Mandel for The Bimeco Group, Inc.. Attorney W. Scott Creasman and Catrina Celeste Creswell terminated. Signed by Judge Marilyn L. Huff on 10/07/2013. (ag) (av1). (Entered: 10/08/2013) |
| | | |

| | | |
|---|---|---|
| 10/22/2013 | 27 | Joint MOTION to Vacate *Early Neutral Evaluation Conference* by The Bimeco Group, Inc.. (Mandel, SaraLynn) Modified on 10/23/2013 to term motion, an amended motion was filed (ag). (Entered: 10/22/2013) |
| 10/22/2013 | 28 | Joint MOTION to Vacate *Early Neutral Evaluation Conference* by The Bimeco Group, Inc.. (Attachments: # 1 Notice)(Mandel, SaraLynn) (ag). (Entered: 10/22/2013) |
| 10/24/2013 | 29 | ORDER denying 28 Motion to Vacate Early Neutral Evaluation Conference. Signed by Magistrate Judge Ruben B. Brooks on 10/24/2013. (kcm) (jrl). (Entered: 10/24/2013) |
| 10/25/2013 | 30 | ** DOCUMENT STRICKEN PER ORDER # 31 ** (dls). Modified on 11/1/2013 (dls). (Entered: 10/25/2013) |
| 10/30/2013 | 33 | Minute Order for proceedings held before Magistrate Judge Ruben B. Brooks: An Early Neutral Evaluation Conference was held on 10/30/2013 . A telephonic Case Management Conference is set for 1/8/2014 at 8:00 AM before Magistrate Judge Ruben B. Brooks. Signed by Magistrate Judge Ruben B. Brooks on 10/30/2013 (ag) (Entered: 11/04/2013) |
| 11/01/2013 | 31 | Notice of Document Discrepancies and Order Thereon by Judge Marilyn L. Huff: Rejecting Document, from Counter Claimant The Bimeco Group, Inc., Defendant The Bimeco Group, Inc., re 30 MOTION to Stay *Pending Resolution of Related Litigation*. Non-compliance with local rule(s), Civ. L. Rule 5.1: Missing time and date on motion and/or supporting documentation, OTHER: No hearing date. IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by Judge Marilyn L. Huff on 11/1/2013.(dls) (av1). (Entered: 11/01/2013) |
| 11/01/2013 | 32 | MOTION to Stay *Pending Resolution of Related Litigation* by The Bimeco Group, Inc.. (Attachments: # 1 Memo of Points and Authorities)(Mandel, SaraLynn) (ag). (Entered: 11/01/2013) |
| 11/05/2013 | 34 | ORDER Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance. An Early Neutral Evaluation Conference was held on 10/30/2013. A telephonic, attorneys-only Case Management Conference is set for 1/8/2014 at 8:00 AM before Magistrate Judge Ruben B. Brooks. Signed by Magistrate Judge Ruben B. Brooks on 11/4/2013.(ag) (av1). (Entered: 11/05/2013) |
| 11/26/2013 | 35 | PRO HAC VICE APPOINTED: Kerry L Timbers appearing for Counter Claimant The Bimeco Group, Inc., Defendant The Bimeco Group, Inc. (jao) (Entered: 11/26/2013) |
| 11/26/2013 | 36 | PRO HAC VICE APPOINTED: Meredith L. Ainbinder appearing for Counter Claimant The Bimeco Group, Inc., Defendant The Bimeco Group, Inc. (jao) (Entered: 11/26/2013) |
| 11/26/2013 | 37 | PRO HAC VICE APPOINTED: Sharona H. Sternberg appearing for Counter Claimant The Bimeco Group, Inc., Defendant The Bimeco Group, Inc. (jao) (Entered: 11/26/2013) |
| | | |

| | | |
|---|---|---|
| 12/02/2013 | 38 | RESPONSE in Opposition re 32 MOTION to Stay *Pending Resolution of Related Litigation* filed by Ivera Medical Corporation. (Hangartner, Jonathan) (cxl). (Entered: 12/02/2013) |
| 12/09/2013 | 39 | REPLY to Response to Motion re 32 MOTION to Stay *Pending Resolution of Related Litigation* filed by The Bimeco Group, Inc.. (Timbers, Kerry) (ag). (Entered: 12/09/2013) |
| 12/11/2013 | 40 | ORDER granting 32 Motion to Stay. Case stayed until 10/16/2014. Signed by Judge Marilyn L. Huff on 12/11/2013. (ag) (jrl). (Entered: 12/11/2013) |
| 12/13/2013 | 41 | Minute Order: The telephonic attorneys-only settlement conference set for 01/08/2014 at 8:00 a.m. is vacated. A telephonic Case Management Conference is set for 11/3/2014 at 8:00 AM before Magistrate Judge Ruben B. Brooks. Signed by Magistrate Judge Ruben B. Brooks on 12/13/2013 (ag) (Entered: 12/16/2013) |
| 12/16/2013 | 42 | NOTICE by The Bimeco Group, Inc. *of Association and Entry of Appearance* (O'Connor, Edward)Attorney Edward F. O'Connor added to party The Bimeco Group, Inc.(pty:cc), Attorney Edward F. O'Connor added to party The Bimeco Group, Inc.(pty:dft) (av1). (Entered: 12/16/2013) |
| 12/18/2013 | 43 | NOTICE by The Bimeco Group, Inc. *notice of motion to withdraw appearance of Meredith Ainbinder* (Attachments: # 1 Proof of Service)(Timbers, Kerry) (kaj). (Entered: 12/18/2013) |
| 12/19/2013 | 44 | NOTICE by The Bimeco Group, Inc. *Substitution of Attorney of SaraLynn Mandel* (O'Connor, Edward) (ag). (Entered: 12/19/2013) |
| 07/21/2014 | 45 | MOTION For Entry of Final Judgment, Dismissal, and to Adjourn Deadline to Seek Attorneys' Fees and Costs by The Bimeco Group, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration Gary Brown, # 3 Declaration Vicki E. Farrar)(O'Connor, Edward) (ag). (Entered: 07/21/2014) |
| 08/11/2014 | 46 | RESPONSE in Opposition re 45 MOTION For Entry of Final Judgment, Dismissal, and to Adjourn Deadline to Seek Attorneys' Fees and Costs filed by Ivera Medical Corporation. (Hangartner, Jonathan) (ag). (Entered: 08/11/2014) |
| 08/13/2014 | 47 | REPLY to Response to Motion re 45 MOTION For Entry of Final Judgment, Dismissal, and to Adjourn Deadline to Seek Attorneys' Fees and Costs filed by The Bimeco Group, Inc.. (O'Connor, Edward) (ag). (Entered: 08/13/2014) |
| 08/21/2014 | 48 | ORDER Submitting 45 MOTION For Entry of Final Judgment. It is so ordered the Court, pursuant to its discretion under Local Civil Rule 7.1(d)(1), concludes that resolution of the motion does not require oral argument. The Court therefore vacates the scheduled hearing and submits the motion on the parties papers. Signed by Judge Marilyn L. Huff on 08/21/2014.(yeb) (Entered: 08/22/2014) |
| 08/26/2014 | 49 | ORDER Granting in Part 45 Defendant's Motion for Final Judgment. Signed by Judge Marilyn L. Huff on 08/25/2014. (ag) (Entered: 08/26/2014) |
| 08/26/2014 | 50 | JUDGMENT for Defendant The Bimeco Group, Inc.'s against Ivera Medical Corporation. Signed by Judge Marilyn L. Huff on 08/26/2014.(ag) (Entered: |

| | | |
|---|---|---|
| | | 08/26/2014) |
| 09/08/2014 | 51 | REPORT of Patent and Trademark Closing, regarding patent and/or trademark number(s) 7,780,794 B2, 7,985,302 B2, 8,206,514, re 50 Judgment. cc:USPTO (ag) (Main Document 51 replaced on 9/8/2014) (ag). (Entered: 09/08/2014) |
| 09/26/2014 | 52 | Ex Parte MOTION for Extension of Time to File *Notice of Appeal* by Ivera Medical Corporation. (Hangartner, Jonathan) (ag). (Entered: 09/26/2014) |
| 09/26/2014 | 53 | NOTICE OF APPEAL to the Federal Circuit as to 50 Judgment by Ivera Medical Corporation. (Filing fee $ 505 receipt number 0974-7422932.) (Hangartner, Jonathan). (Modified on 9/27/2014 to note that the Notice of Appeal has been electronically transmitted to the US Court of Appeals for the Federal Circuit.) (akr). (Entered: 09/26/2014) |
| 09/29/2014 | 54 | ORDER: (1) Declining to Rule on Plaintiff's Motion for an Extension Ex Parte (2) Requesting an Opposition from Defendant by October 14, 2014. The Court declines to rule on Plaintiffs motion ex parte. The Court requests that Defendant provide an opposition to Plaintiffs motion on or before 10/14/2014. Signed by Judge Marilyn L. Huff on 09/29/2014.(ag) (Entered: 09/29/2014) |
| 10/03/2014 | 55 | USCA Case Number 15-1011 for 53 Notice of Appeal to Federal Circuit, filed by Ivera Medical Corporation. (akr) (Entered: 10/03/2014) |
| 10/14/2014 | 56 | RESPONSE in Opposition re 52 Ex Parte MOTION for Extension of Time to File *Notice of Appeal Pursuant to FRAP 4(a)(5)* filed by The Bimeco Group, Inc.. (Attachments: # 1 Declaration Edward F. O'Connor, # 2 Exhibit A, # 3 Exhibit B)(O'Connor, Edward) (ag). (Entered: 10/14/2014) |
| 10/16/2014 | 57 | REPLY to Response to Motion re 52 Ex Parte MOTION for Extension of Time to File *Notice of Appeal* filed by Ivera Medical Corporation. (Hangartner, Jonathan) (ag). (Entered: 10/16/2014) |
| 10/22/2014 | 58 | ORDER granting 52 Plaintiff's Motion for an Extension of Time to File a Notice of Appeal. Exercising its discretion, and for the foregoing reasons, the Court grants the motion for an extension of time to file a notice of appeal. Signed by Judge Marilyn L. Huff on 10/22/2014. (USCA Case Number 15-1011. Order will be electronically transmitted to the US Court of Appeals for the Federal Circuit.) (akr) (Entered: 10/23/2014) |



I hereby attest and certify on __Oct 23, 2014__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: __s/ Angela Rowland__
Deputy